# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>RICARDO MARTINEZ,<br><br>       Defendant. | CASE NO. 12-cr-02929-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

  21:952 and 960 - Importation of Heroin (Felony)(1);

  21:952 and 960 - Importation of Methamphetamine (Felony)(2)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/29/12



Bernard G. Skomal
U.S. Magistrate Judge

FILED
AUG 29 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     DEPUTY